AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court E-filing

Northern ——————— DISTRICT OF ——————— California

See 1 in Addendum
V.
See 2 in Addendum

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08 1074 MHP

TO: (Name and address of defendant)
See 3 in Addendum

**YOU ARE HEREBY SUMMONED** and required to serve up on PLAINTIFF'S ATTORNEY (name and address)

Kent Khtikian, Esq.
Kimberly Hancock, Esq.
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, CA 94133-2930

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                    FEB 22 2008

_____                   _____
CLERK                                                 DATE
  /s/ Helen L. Almacen
(BY) DEPUTY CLERK

# Addendum

1. BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-proft California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

    Plaintiffs.

2. JP TILE, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation

    Defendants.

3. JP TILE, INC.
   100 Amigo Road
   Danville, CA 94526

   AMERICAN CONTRACTORS INDEMNITY COMPANY
   9841 Airport Blvd., 9th Floor
   Los Angeles, CA 90045

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| KIMBERLY A. HANCOCK, ESQ. (205567)<br>KATZENBACH AND KHTIKIAN<br>1714 Stockton, #300<br>San Francisco, California 94133-2930 | (415) 834-1778 | |
| Attorneys for: PLAINTIFFS | Ref. No. Or File No.<br>W2492941 | |
| Insert name of court, judicial district and branch court, if any:<br>UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | |
| Plaintiff:<br>BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3 etc., et al. | | |
| Defendant:<br>JP TILE, INC., et al. | | |

| PROOF OF SERVICE | Date: | Time: | Dept/Div: | Case Number:<br>CV08-1074MHP |
|---|---|---|---|---|

I, A. Molina, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVICE OF SUMMONS; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; CONTRACTORS' LICENSE BOND; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; UNITED STATES DISTRICT COURT DROP BOX FILING PROCEDURES; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation

By Serving         : FRANK LANAK, Vice President

Address            : 9841 Airport Boulevard 9th Floor, Los Angeles, California 90045
Date & Time        : Monday, March 10, 2008 @ 11:20 a.m.
Witness fees were  : Not applicable.

Person serving:
A. Molina
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 5414
   (3) County: Los Angeles
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 12, 2008                    Signature: _____
                                                    A. Molina


Printed on recycled paper

San Francisco, California 94074-MHP

Attorneys for: **PLAINTIFFS**

W2492938

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3 etc., et al.

Defendant:

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: CV08-1074MHP |

I, William E. Galdamez, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION; WAIVER OF SERVICE OF SUMMONS; NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS; COMPLAINT FOR BREACH OF COLLECTIVE BARGAINING AGREEMENT; RECOVERY OF DELINQUENT WAGE & FRINGE BENEFIT CONTRIBUTIONS; CONTRACTORS' LICENSE BOND; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; UNITED STATES DISTRICT COURT DROP BOX FILING PROCEDURES; JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant       : JP TILE, INC., a California Corporation

By Serving      : ERNEST PUCKETT, Agent for Service of Process

Address         : 100 Amigo Road, Danville, California 94526
Date & Time     : Thursday, March 13, 2008 @ 4:16 p.m.
Witness fees were : Not applicable.

Person serving:
William E. Galdamez
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 716
   (3) County: Contra Costa
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 13, 2008

Signature: *William E. Galdamez*
William E. Galdamez


Printed on recycled paper