1  Jeralyn Kay Spradlin 121850
   Law Offices of Spradlin and Ferguson
2  500 E. Calaveras Blvd. Ste 203
   Milpitas, California 95035
3  (408)262-0136

4  Attorney for JP Tile, Inc.; American
   Contractors Indemnity Company

5
                    **UNITED STATES DISTRICT COURT**
6
                  **NORTHERN DISTRICT OF CALIFORNIA**
7

8
   BRICKLAYERS AND ALLIED CRAFTWORKERS          Case No.: CV081074
9  LOCAL UNION NO. 3, AFL-CIO; ET. AL.
                                                 Defendants Answers to
10                                               Complaint
                          Plaintiffs
11
            vs.
12
   JP TILE, INC., a California corporation;
13 AMERICAN CONTRACTORS INDEMNITY
    COMPANY, a California Corporation,
14
                          Defendants.
15 ─────────────────────────────────────

16
          Defendants, JP Tile Inc. And American Contractors Indemnity Company, files this
17
   original answer to Plaintiff's original complaint:
18
   1.      Defendants admit the allegations in paragraph 1.
19
   2.      Defendants admit the allegation in paragraph 2.
20
   3.      Defendants are without knowledge or information sufficient to form a belief as to the
21
   truth of paragraph 3.
22
   4.      Defendants are without knowledge or information sufficient to form a belief as to the
23
   truth of paragraph 4.
24
   5.      Defendants are without knowledge or information sufficient to form a belief as to the
25
   truth of paragraph 5.
26

27 **DEFENDANT JP Tile, Inc. American Indemnity Company**           **Case No. 3:08-cv081074-MHP**
   ANSWER
28                                       1

1   6.      Defendants are without knowledge or information sufficient to form a belief as to the
2   truth of paragraph 6.

3   7.      Defendants admit the allegations in paragraph 7.

4   8.      Defendants deny the allegations in paragraph 8.

5   9.      Defendants are without knowledge or information sufficient to form a belief as to the
6   truth of paragraph 9.

7   10.     Defendants are without knowledge or information sufficient to form a belief as to the
8   truth of paragraph 10.

9   11.     Defendants are without knowledge or information sufficient to form a belief as to the
10  truth of the allegation that an audit was performed and the results disclose that Defendant, JP Tile
11  owes funds to Plaintiffs, Defendants therefore deny that any sums are due.

12  12.     Defendants deny the allegations in paragraph 12.

13  13.     Defendants deny the allegations in paragraph 13.

14  14.     Defendants deny the allegations in paragraph 14.

15  15.     Defendants admit the allegations in paragraph 16.

16  16.     Defendants deny the allegation in paragraph 17.

17  17.     Defendants deny the allegation in paragraph 18.

18  18.     Defendants admit the allegations in paragraph 19.

19  19.     Defendants are without knowledge or information sufficient to form a belief as to the
20  truth of paragraph 20.

21

22  20      Defendants are without knowledge or information sufficient to form a belief as to the truth
23  of paragraph 21.

24  21.     Defendants are without knowledge or information sufficient to form a belief as to the
25  truth of paragraph 22.

26  22.     Defendants deny the allegations in paragraph 23.

27  **DEFENDANT JP Tile, Inc. American Indemnity Company**                    Case No. 3:08-cv081074-MHP
    ANSWER
28                                                    2

1  23.    Defendants deny the allegations in paragraph 24.

2  24.    Defendants deny the allegations in paragraph 25.

3  25.    Defendants deny the allegations in paragraph 26.

4  26.    Defendants deny the allegation in paragraph 27.

5  27.    Defendants deny the allegation in paragraph 28.

6  28.    Defendants deny the allegations in paragraph 29.

7  29.    Defendant, American Contractors Indemnity Company admits the allegation contained in

8  paragraph 31.

9  30.    Defendant, American Contractors Indemnity Company admits the allegations contained

10  in paragraph 32.

11  31.    Defendant, American Contractors Indemnity Company admits the allegations contained

12  in paragraph 33.

13  32.    Defendants deny the allegations in paragraph 34.

14  33.    Defendants deny the allegations in paragraph 35.

15  34.    Defendants deny the allegations in paragraph 36.

16                                    AFFIRMATIVE DEFENSES

17           Defendants are not liable to plaintiff because:

18  35.    Any contract, if one is proven, was a contract of adhesion and unenforceable as such.

19  36.    Any contract, if proven is barred by the doctrine of laches.

20  37.    Any contract, if proven is void or voidable as a contract of adhesion.

21  38.    Any contract, if proven, is barred by the doctrine of collateral estoppel.

22  39.    Plaintiff has not performed all conditions precedent that they were required to perform

23  before filing suit in that Defendants were not offered the right to arbitrate the dispute prior to the

24  filing of the complaint.

25  40.    Plaintiff is barred by the doctrine of unclean hands.

26

27  **DEFENDANT JP Tile, Inc. American Indemnity Company**          Case No. 3:08-cv081074-MHP
    ANSWER

28                                            3

1

PRAYER

2      For these reasons, defendants ask the court to do the following:

3  a.     Render judgment that plaintiff take nothing.

4  b.     Dismiss plaintiff's suit with prejudice.

5  c.     Assess costs against plaintiff.

6  d.     Award defendant attorney fees.

7

8  Date: 4\15\08

9

10

11           Jeralyn Kay Spradlin
              Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  **DEFENDANT JP Tile, Inc. American Indemnity Company**      Case No. 3:08-cv081074-MHP
    ANSWER

28                                     4