Jeralyn Kay Spradlin 121850
Law Offices of Spradlin and Ferguson
500 E. Calaveras Blvd. Ste 203
Milpitas, California 95035
(408)262-0136

Attorney for JP Tile, Inc.; American Contractors Indemnity Company

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; ET. AL. | Case No.: 3:08-cv081074-MHP |
| Plaintiffs | CERTIFICATE OF SERVICE |
| vs. | |
| JP TILE, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California Corporation, | |
| Defendants. | |

I, FRANK A. TAYLOR, Jr., say:

I certify that I am over 18 yeas of age and am not a party to the within action; that my business address is 500 East Calaveras Boulevard, Suite 203, Milpitas, California 95037; and that on this date I served a true copy of the forgoing documents(s) entitled:

1. CERTIFICATE OF SERVICE,

2. Defendant **JP Tile, Inc. American Indemnity Company**

on the parties to this action as follows:   Kent Khitkian, Esq, Kimberly Hancock, Esq.
Katzenback and Khitikian
1714 Stockton Street, Suite 300
San Francisco, California 94133-2930

I declare under penalty of perjury that the foregoing is true and correct. Executed this day, April 15, 2008, at Milpitas, California.

Frank A. Taylor, Jr.

DEFENDANT JP Tile, Inc. American Indemnity Company       Case No. 3:08-cv081074-MHP
Certificate of Service

1