**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL PRETRIAL MINUTES**

Date: June 2, 2008

Case No.   C 08-1074  MHP                Judge: MARILYN H. PATEL

Title: BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 3 -v- JP TILE INC et al

Attorneys:  Plf:  Kimberly Hancock
            Dft: Damon Ferguson

Deputy Clerk:  Anthony Bowser   Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Case Management Conference

2)

3)

**ORDERED AFTER HEARING:**

Counsel submit after further discussion of underlying action; Counsel stipulate to mediation, to be completed within the next 45-60 days; Discovery limited to paper discovery prior to mediation;

Matter referred to a Magistrate Judge for a case management conference to be held 30 days after mediation; Consents to proceed before a Magistrate Judge to be filed within two weeks.