# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Bricklayers and Allied Craftworkers Local Union No, <br><br>        Plaintiff(s), <br><br>    v. <br><br>JP Tile, Inc., <br><br>        Defendant(s). | 08-01074 MHP MED <br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

>  **Paul J. Dubow**
> Law Offices of Paul J. Dubow
> 660 Fourth St., #197
> San Francisco, CA 94107
> 415-495-6309
> pdubow2398@aol.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01074 MHP MED                      - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

Dated: June 6, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
08-01074 MHP MED                      - 2 -