Kent Khtikian, Esq. (#99843)
Kimberly A. Hancock Esq. (#205567)
Katzenbach and Khtikian
1714 Stockton Street, Suite 300
San Francisco, California  94133-2930
Telephone: (415) 834-1778
Facsimile: (415 834-1842

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JP TILE, INC., a California corporation, et al., <br><br><br><br><br><br><br> Defendants. | CASE NO.: C 08-1074 MPH <br> REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;ORDER THEREON <br><br> Date: September 21, 2009 <br> Time: 3:00 p.m. <br> Dept: Courtroom 15 <br>         18th Floor <br>         US District Court <br>         450 Golden Gate Ave. <br>         San Francisco, CA <br> Judge: The Honorable <br>         Marilyn H. Patel |

For the following reasons, the undersigned parties request that the Court continue the case management conference scheduled in this matter on September 21, 2009 for a period of at least 90 days:

On July 6, 2009 Plaintiffs advised this Court of defendant J.P. Tile, Inc's bankruptcy filing on July 2, 2009.  The automatic stay as to defendant J.P. Tile, Inc. continues in effect.

Plaintiffs have now settled with defendant American Contractors Indemnity Company ("ACIC"). Plaintiffs and defendant ACIC are prepared to stipulate to the dismissal of defendant ACIC pursuant to Fed. Rule 41(a)(ii). Counsel for defendant J.P. Tile, Inc. has indicated that the stipulation must be approved by counsel for the bankruptcy trustee. Plaintiffs have requested and are currently awaiting the approval of counsel for the bankruptcy trustee to the stipulation for dismissal of defendant ACIC.

/S/ Kimberly A. Hancock
Kimberly A. Hancock, Esq.
Katzenbach and Khtikian
Attorneys for PLAINTIFFS

Date: September 14, 2009

Robert Stroj, Esq.
Lanak & Hanna, P.C.
Attorneys for Defendant
AMERICAN CONTRACTORS INDEMNITY COMPANY

Date: September 14, 2009

[PROPOSED] ORDER

Good cause appearing, it is hereby ORDERED that the Case Management Conference currently set for September 21, 2009 at 3:00 PM is continued to  January 4, 2010  at  3:00 p.m.  in Courtroom 15, 18th Floor.

Date: September __16__, 2009

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REQUEST TO CONTINUE CASE MANAGEMENT
Case No.