```
1  Kent Khtikian, Esq. (#99843)
   Kimberly A. Hancock Esq. (#205567)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California 94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415) 834-1842

5  Attorney for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JP TILE, INC., a California corporation, et al., <br><br> Defendants. | CASE NO.: C 08-1074 MPH <br><br> STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY |

Pursuant to FRCivP 41(a)(ii), the undersigned parties through their counsel of record hereby stipulate to and request the dismissal, with prejudice, of defendant AMERICAN CONTRACTORS INDEMNITY COMPANY from this action.

/S/ Kimberly A. Hancock
Kimberly A. Hancock, Esq.                    Date: September 14, 2009
Katzenbach and Khtikian
Attorneys for PLAINTIFFS

_____              Date: September 14, 2009
Paul V. Simpson, Esq.
Simpson, Garrity & Innes
Attorneys for Defendant JP TILE, INC.

_____              Date: September 14, 2009
Robert Stroj, Esq. (#242982)
Lanak & Hanna, P.C.
Attorneys for Defendant
AMERICAN CONTRACTORS INDEMNITY COMPANY

STIPULATION FOR DISMISSAL OF DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY
Case No. C 08-1074 MPH

```
 1   Kent Khtikian, Esq. (#99643)
     Kimberly A. Hancock Esq. (#205567)
 2   Katzenbach and Khtikian
     1714 Stockton Street, Suite 300
 3   San Francisco, California 94133-2930
     Telephone: (415) 834-1778
 4   Facsimile: (415) 834-1842

 5   Attorney for Plaintiffs

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   NORTHERN DISTRICT OF CALIFORNIA

10   BRICKLAYERS AND ALLIED CRAFTWORKERS  ) CASE NO.: C 08-1074 MPH
     LOCAL UNION NO. 3, AFL-CIO, et al.,  )
11                                        ) STIPULATION FOR
            Plaintiffs,                   ) DISMISSAL WITH PREJUDICE
12                                        ) OF DEFENDANT AMERICAN
         vs.                              ) CONTRACTORS INDEMNITY
13                                        ) COMPANY
     JP TILE, INC., a California          )
14   corporation, et al.,                 )
                                          )
15          Defendants.                   )
     _____)

16      Pursuant to FRCivP 41(a)(ii), the undersigned parties

17   through their counsel of record hereby stipulate to and request

18   the dismissal, with prejudice, of defendant AMERICAN CONTRACTORS

19   INDEMNITY COMPANY from this action.

20   /S/ Kimberly A. Hancock
     Kimberly A. Hancock, Esq.              Date: September 14, 2009
21   Katzenbach and Khtikian
     Attorneys for PLAINTIFFS
22

23   [signature]                            Date: September 23, 2009
     Reidun Stromsheim, Esq.
24   Attorney for Paul Mansdorf,
     Bankruptcy Trustee for J.P. Tile, Inc.
25

26   /S/ Robert Stroj                       Date: September 14, 2009
     Robert Stroj, Esq. (#242982)
27   Lanak & Hanna, P.C.
     Attorneys for Defendant
28   AMERICAN CONTRACTORS INDEMNITY COMPANY

         STIPULATION FOR DISMISSAL OF DEFENDANT AMERICAN CONTRACTORS...
                        Case No. C 08-1074 MPH
```

**IT IS SO ORDERED**
[signature] Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
9/25/2009

**PROOF OF SERVICE BY MAIL**

I am a resident of the County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is Katzenbach & Khtikian, 1714 Stockton Street, Suite 300, San Francisco, California 94133. On September 24, 2009 I served a true copy of the foregoing document described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANT AMERICAN CONTRACTORS INDEMNITY COMPANY**

by placing a true copy thereof enclosed in a sealed envelope with first class mail postage thereon fully prepaid in the United States Mail at San Francisco, California, addressed as follows:

Elliot Abrams
Law Offices of Elliot Abrams
2033 North Main Street, Suite 750
Walnut Creek, CA 94596-3774
    Bankruptcy Attorney for Defendant JP Tile, Inc.

Reidun Stromshein
Stromshein & Associates
201 California St., Ste. 350
San Francisco, CA 94111
    Attorney for Paul Mansdorf, Bankruptcy Trustee for J.P. Tile, Inc.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on September 24, 2009 in San Francisco, California.

*/s/ Alex Brown*
ALEX BROWN